# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIEL RODRIGUEZ, | 1:08cv00184 LJO GSA |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS |
| v. | (Document 1) |
| JANICE G. MCLEOD, ROBERT E. MCFADDEN, and HARLAN W. PENN, | |
| Defendants. | |

Plaintiff Osiel Rodriguez ("Plaintiff") is a federal prisoner proceeding pro se in this action filed on February 1, 2008. Plaintiff alleges that: (1) Janice Galli McLeod, Associate Director, Office of Information and Privacy, U.S. Department of Justice; (2) Robert E. McFadden, Regional Director, Western Regional Office, Federal Bureau of Prisons; and (3) Harlan W. Penn, Regional Counsel, Western Regional Office, Federal Bureau of Prisons, U.S. Department of Justice (hereinafter " Defendants") violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. .

## DISCUSSION

A.   Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are

1

legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915A(b)(1)-(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment. Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

In reviewing a complaint under this standard, the Court must accept as true the allegations of the complaint in question, Hospital Bldg. Co. v. Trustees of Rex Hospital, 425 U.S. 738, 740 (1976), construe the pro se pleadings liberally in the light most favorable to the Plaintiff, Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000), and resolve all doubts in the Plaintiff's favor, Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).

B.    Analysis

Plaintiff alleges violations of the FOIA. Specifically, he alleges that the defendants improperly withheld copies of records pertaining to the identity of the staff who discovered escape paraphernalia (soap dish) in his cell, the time of the search, and the reason for the search, 5 U.S.C. § 552. Plaintiff names as defendants Janice G. McLeod, Robert E. McFadden, and Harlan W. Penn in their official capacities and the complaint appears to state a cognizable claim pursuant to FOIA. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants in their official capacities:
   Janice G. McLeod
   Robert E. McFadden
   Harlan W. Penn

2. The Clerk of the Court shall send Plaintiff three USM-285 forms, three summonses, an instruction sheet and one copy of the complaint filed February 1, 2008.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a.    Three completed summonses;

|   |   |   |
|---|---|---|
| 1 | b. | One completed USM-285 form for each Defendant; and |
| 2 | c. | Four copies of the endorsed amended complaint filed on February 1, 2008. |
| 3 | 4. | Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 7 | 5. | <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u> |

IT IS SO ORDERED.

**Dated:   March 6, 2008**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE