# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIEL RODRIGUEZ, | 1:08-cv-00184 LJO GSA |
| Plaintiff, | DISCOVERY ORDER<br>SCHEDULING ORDER |
| v. | Deadline to Amend Pleadings - December 30, 2008 |
| JANICE G. McLEOD, et al., | Discovery Cut-Off Date - February 27, 2009<br>Dispositive Motion Deadline - April 30, 2009 |
| Defendants. | |

Defendant United States Bureau of Prisons ("Defendant") has answered the complaint filed on February 1, 2008.  Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall be filed only when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

2.  Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

3.  To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

1   4. Pursuant to Federal Rule of Civil Procedure 30(a), defendant may depose plaintiff and
2  any other witness confined in a prison upon condition that, at least fourteen (14) days before such
3  a deposition, defendant serves all parties with the notice required by Federal Rule of Civil
4  Procedure 30(b)(1); and

5   5. If disputes arise about the parties' obligations to respond to requests for discovery, the
6  parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal
7  Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-
8  230(m) of the Local Rules of Practice for the United States District Court, Eastern District of
9  California.  Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set
10 forth in Federal Rules of Civil Procedure 26 and 37 that a party seeking relief from the court
11 certify that he or she has in good faith conferred or attempted to confer with the other party or
12 person in an effort to resolve the dispute prior to seeking court action shall not apply.  Voluntary
13 compliance with this provision of Rules 26 and 37 is encouraged, however.  A discovery motion
14 that does not comply with all applicable rules will be stricken and may result in imposition of
15 sanctions.

16   Further:
17   6. The deadline for amending the pleadings shall be December 30, 2008;
18   7. The parties are advised that the deadline for the completion of all discovery, including
19 filing motions to compel, shall be February 27, 2009;
20   8. The deadline for filing pre-trial dispositive motions shall be April 30, 2009;
21   9. **A request for an extension of a deadline set in this order must be filed on or**
22 **before the expiration of the deadline in question**; and
23   10. **Extensions of time will only be granted on a showing of good cause.**
24   IT IS SO ORDERED.
25   Dated:   **July 1, 2008**             /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE