# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSIEL RODRIGUEZ, | ) | 1:08cv00184 LJO GSA |
| | ) | |
| | ) | |
| | ) | ORDER REGARDING MOTION SEEKING |
| Plaintiff, | ) | CLARIFICATION OF ORDER ISSUED BY |
| | ) | MAGISTRATE JUDGE |
| v. | ) | (Document 17) |
| | ) | |
| JANICE G. MCLEOD, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Osiel Rodriguez ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this action. On September 16, 2008, Plaintiff filed a document entitled "Motion Seeking Clarification of Order Issued by Magistrate Judge." (Document 17). In his motion, Plaintiff seeks clarification of the Court's Order Granting Application to Proceed In Forma Pauperis dated February 12, 2008, regarding the collection of funds from his inmate account. (Document 4).

The Court's February 12, 2008 order identified that, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] The Court also indicated that Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. The Court also ordered that payments "shall

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

1

1 | be collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2 | amount in Plaintiff's account <u>exceeds</u> $10.00, until the filing fee is paid in full." Document 4
3 | (emphasis added); 28 U.S.C. § 1915(b)(2).
4 |     In accordance with this Court's order and 28 U.S.C. § 1915(b)(2), payments shall be
5 | collected and forwarded to the Clerk of the Court when the amount in Plaintiff's account exceeds
6 | $10.00.  Payments shall not be collected when the amount in Plaintiff's account does not exceed
7 | $10.00.

11     IT IS SO ORDERED.

12     Dated: **September 22, 2008**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE